# United States District Court
# For The Western District of North Carolina
# Charlotte Division

GREGORY AUSTIN GRIFFIN,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                               3:09CV186-03-MU

RICHARD NEELY; CATHERINE BROWN, and JOHNATHAN REID,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/12/2009 Order.

                                              Signed: May 12, 2009

                                              *Frank G. Johns*

                                              Frank G. Johns, Clerk
                                              United States District Court