## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:09-cv-186-GCM

| | | |
|---|---|---|
| GREGORY AUSTIN GRIFFIN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RICHARD NEELY, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Subpoena, (Doc. No. 6),

Motion to Appoint Counsel, (Doc. No. 7), and Motion for Discovery, (Doc. No. 8).

On May 12, 2009, this Court dismissed this action, filed pursuant to 42 U.S.C. § 1983,

for failure to state a claim. (Doc. No. 3). The Clerk entered Judgment on the same day. (Doc.

No. 4). Because the Court has already dismissed this action, the Court will deny the pending

motions as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Subpoena, (Doc. No. 6),

Motion to Appoint Counsel, (Doc. No. 7), and Motion for Discovery, (Doc. No. 8), are all

**DENIED** as moot.

Signed: March 3, 2015

Graham C. Mullen
United States District Judge

-1-